IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BERNADETTE S SPATES,

    Plaintiff,
v.                                                            CASE NO. 1:05-cv-00146-MP-AK

JAMES NICHOLSON,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 10, Motion for Extension of Time to Complete Discovery. The motion, which is agreed to by both sides, is granted. The parties shall have an additional two months up to and including February 1, 2007, to complete discovery in this cause and shall have until March 1, 2007, to file dispositive motions.

    **DONE AND ORDERED** this _1st_ day of December, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge