IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BERNADETTE S SPATES,

    Plaintiff,
v.                                                                  CASE NO. 1:05-cv-00146-MP-AK

JAMES NICHOLSON,

    Defendant.
_____/

## **O R D E R**

A status conference was held in this case on Wednesday, January 23, 2008. During the conference, the parties indicated that they were attempting to settle the case. Accordingly, the case is hereby abated for 60 days to allow the parties to complete settlement.

**DONE AND ORDERED** this  *25th* day of January, 2008

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge